UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Sherrod Christopher James,

    Defendant.
_____/

Criminal No. 13-cr-20669

Hon. Robert H. Cleland

## MOTION TO SEAL EXHIBIT

The United States of America, by its undersigned attorneys, respectfully requests that Exhibit 1, (Medical Records) to the United States' Response to Defendant's Motion for Compassionate Release, be sealed until further Order of the Court to protect the confidentiality of the defendant's medical information.

    Respectfully submitted,

    SAIMA S. MOHSIN
    Acting United States Attorney

    s/Susan E. Fairchild
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    susan.fairchild@usdoj.gov
    (313) 226-9577

Dated:  April 22, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Sherrod Christopher James,

    Defendant.
_____/

Criminal No. 13-cr-20669

Hon. Robert H. Cleland

## ORDER TO SEAL EXHIBIT

The government having moved to seal Exhibit 1 (Medical Records) to the United States' Response to Defendant's Motion for Compassionate Release, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that Exhibit 1, (Medical Records) be sealed until further Order of the Court.

s/Robert H. Cleland
Robert H. Cleland
United States District Judge

Dated:   April 22, 2021